# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159450(83)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LAW OFFICES OF JEFFREY SHERBOW, PC,
      Plaintiff-Appellee,

SC: 159450
COA: 338997
Oakland CC: 2015-147488-CB

v

FIEGER & FIEGER, PC, d/b/a FIEGER, FIEGER,
KENNEY & HARRINGTON, PC,
      Defendant-Appellant.
_____/

     On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before September 8, 2020.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2020



Clerk